United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 25-02102-RCT |
| Robert Hall | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 22, 2025 | Form ID: Dnrmcant | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Hall, 18720 Wildlife Trail, Spring Hill, FL 34610-2240 |
| cr | + | Decks and Docks Lumber Company, LLC, c/o Law Office of Perry D. Monioudis, PA, 1398 SW 160 Ave, Suite 102, Weston, FL 33326-1988 |
| 31516966 | + | Absolute Building Solutions, Inc., 18720 Wildlife Trail, Spring Hill, FL 34610-2240 |
| 31516968 | | Andrew Z. Tapp, Metropolitan Law Group, 1971 W. Lumsden Rd., #326, Brandon, FL 33511-8820 |
| 31516970 | + | Beach Club Villas, c/o Michael J. Friedman, 1001 Yamato Road, Suite 311, Boca Raton, FL 33431-4403 |
| 31516976 | + | Decks and Docks Lumber, Attn: Perry Monioudis, 1398 SW 160th Ave., Suite 102, Fort Lauderdale, FL 33326-1988 |
| 31516981 | + | Nicholas Benedetto, Esq, 352 7th Ave, Suite 907, New York, NY 10001-5012 |
| 31516985 | + | Vox Funding, 1395 Brickell Ave, Suite 800, Miami, FL 33131-3302 |
| 31516987 | + | Whetstone Construction, 3001 N. Rocky Point Drive E, Suite 200, Tampa, FL 33607-5806 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 31516967 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 22 2025 22:55:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 31516969 | + | Email/Text: bk@avant.com | Apr 22 2025 22:57:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 31516973 | | Email/Text: cfcbackoffice@contfinco.com | Apr 22 2025 22:56:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 31516971 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 22 2025 23:03:49 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 31516972 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2025 23:14:14 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 31516974 | + | Email/Text: kmulligan@credibly.com | Apr 22 2025 22:57:00 | Credibly, 1501 W. Fountainhead Pkwy, Suite 630, Tempe, AZ 85282-1857 |
| 31516975 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 22 2025 23:14:15 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 31516977 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 22 2025 22:56:00 | Gm Financial, 801 Cherry Street, Ste. 3600, Fort Worth, TX 76102-6855 |
| 31516978 | + | Email/Text: bankruptcy.notices@hdfsi.com | Apr 22 2025 22:57:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 31516979 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 22 2025 22:56:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 31516980 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 22 2025 23:03:21 | Merrick Bank/Card Works, Attn: Bankruptcy, P.O. Box 5000, Draper, UT 84020-5000 |
| 31516982 | + | Email/Text: bankruptcy@holidayinnclub.com | Apr 22 2025 22:55:00 | Orange Lake Resorts, Attn: Bankruptcy, 8505 W. Irlo Bronson Memorial Hwy,, Celebration, FL |

| District/off: 113A-8 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 22, 2025 | Form ID: Dnrmcant | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| 31516983 | + Email/Text: PDELINQ@sba.gov | Apr 22 2025 22:56:00 | 34747-8217<br>Small Business Administ., Disater Loan Service Center, 14925 Kingsport Rd., Fort Worth, TX 76155-2243 |
| 31516984 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 22 2025 23:02:52 | Syncb/cheapoair Dc, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 31516986 | ^ MEBN | Apr 22 2025 22:53:46 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Beach Club Villas Condominium, Inc. |
| 31516965 | | Absolute Building Solutions |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 24, 2025         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Heather L Ries | on behalf of Creditor Beach Club Villas Condominium Inc. hries@foxrothschild.com, ralbert@foxrothschild.com |
| Marshall G Reissman | on behalf of Debtor Robert Hall mgreissman@gmail.com legal.assistant.rlgpa@gmail.com;BK_sheppard@yahoo.com |
| Perry D Monioudis | on behalf of Creditor Decks and Docks Lumber Company LLC perry@monioudislaw.com |
| Stephen L Meininger | SLMeininger@earthlink.net smeininger@ecf.epiqsystems.com;FL38@ecfcbis.com |
| United States Trustee - TPA7/13 | USTPRegion21.TP.ECF@USDOJ.GOV |

TOTAL: 5

**[Dnrmcant]** [District Notice of Assignment of Trutee and Rescheduling Meeting of Creditors]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  Case No. 8:25−bk−02102−RCT
Chapter 7

Robert Hall
aka Robert Glenn Hall
aka Robert G Hall

_____Debtor(s)*_____/

# NOTICE OF ASSIGNMENT OF TRUSTEE
# AND RESCHEDULED MEETING OF CREDITORS

Trustee Christine L Herendeen has withdrawn from this case. The new trusee assigned to this case is:

**Stephen L Meininger**
**Stephen L. Meininger, P.A.**
**301 W. Platt Street**
**Ste #A340**
**Tampa, FL 33606**
**813−301−1025**

The meeting of creditors in this case pursuant to 11 U.S.C. § 341(a) is rescheduled to **May 22, 2025, at 09:00 AM**. Meeting will be held via Zoom. Go to Zoom.us/join, enter meeting ID 879 517 5214, and passcode 3712980211, or call 813−586−4514.

For additional meeting information go to https://www.justice.gov/ust/moc.

Debtor must provide a Photo ID and acceptable proof of Social Security Number to the Trustee in the manner directed by the Trustee.

All other terms and conditions of the original Notice of Bankruptcy Case remain unchanged.

Dated: April 22, 2025

FOR THE COURT
Jose A Rodriguez Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Suite 555
Tampa, FL 33602

*All references to "Debtor" include and refer to both the debtors in a case filed jointly by two individuals.