United States Bankruptcy Court

Middle District of Florida

In re:                                                                                                                       Case No. 25-02102-RCT
Robert Hall                                                                       Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-8                                 User: admin                               Page 1 of 2
Date Rcvd: May 23, 2025                        Form ID: aPOCjck                       Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Hall, 18720 Wildlife Trail, Spring Hill, FL 34610-2240 |
| cr | + | Decks and Docks Lumber Company, LLC, c/o Law Office of Perry D. Monioudis, PA, 1398 SW 160 Ave, Suite 102, Weston, FL 33326-1988 |
| 31516966 | + | Absolute Building Solutions, Inc., 18720 Wildlife Trail, Spring Hill, FL 34610-2240 |
| 31516968 | | Andrew Z. Tapp, Metropolitan Law Group, 1971 W. Lumsden Rd., #326, Brandon, FL 33511-8820 |
| 31516970 | + | Beach Club Villas, c/o Michael J. Friedman, 1001 Yamato Road, Suite 311, Boca Raton, FL 33431-4403 |
| 31516976 | + | Decks and Docks Lumber, Attn: Perry Monioudis, 1398 SW 160th Ave., Suite 102, Fort Lauderdale, FL 33326-1988 |
| 31516981 | + | Nicholas Benedetto, Esq, 352 7th Ave, Suite 907, New York, NY 10001-5012 |
| 31516985 | + | Vox Funding, 1395 Brickell Ave, Suite 800, Miami, FL 33131-3302 |
| 31516987 | + | Whetstone Construction, 3001 N. Rocky Point Drive E, Suite 200, Tampa, FL 33607-5806 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BSLMEININGER.COM | May 24 2025 01:47:00 | Stephen L Meininger, Stephen L. Meininger, P.A., 301 W. Platt Street, Ste #A340, Tampa, FL 33606-2292 |
| cr | + | EDI: AISACG.COM | May 24 2025 01:47:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 31516967 | + | EDI: GMACFS.COM | May 24 2025 01:47:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 31516969 | + | Email/Text: bk@avant.com | May 23 2025 21:57:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 31516973 | | Email/Text: cfcbackoffice@contfinco.com | May 23 2025 21:57:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 31516971 | + | EDI: CAPITALONE.COM | May 24 2025 01:47:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 31516972 | + | EDI: CITICORP | May 24 2025 01:47:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 31516974 | + | Email/Text: kmulligan@credibly.com | May 23 2025 21:57:00 | Credibly, 1501 W. Fountainhead Pkwy, Suite 630, Tempe, AZ 85282-1857 |
| 31516975 | + | Email/PDF: creditonebknotifications@resurgent.com | May 23 2025 22:13:46 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 31516977 | + | EDI: PHINAMERI.COM | May 24 2025 01:47:00 | Gm Financial, 801 Cherry Street, Ste. 3600, Fort Worth, TX 76102-6855 |
| 31516978 | + | Email/Text: bankruptcy.notices@hdfsi.com | May 23 2025 21:57:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 31516979 | | EDI: IRS.COM | May 24 2025 01:47:00 | Internal Revenue Service, PO Box 7346, |

| District/off: 113A-8 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 23, 2025 | Form ID: aPOCjck | Total Noticed: 26 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Philadelphia, PA 19101-7346 |
| 31516980 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 23 2025 22:01:57 | Merrick Bank/Card Works, Attn: Bankruptcy, P.O. Box 5000, Draper, UT 84020-5000 |
| 31516982 | + | Email/Text: bankruptcy@holidayinnclub.com | May 23 2025 21:56:00 | Orange Lake Resorts, Attn: Bankruptcy, 8505 W. Irlo Bronson Memorial Hwy,, Celebration, FL 34747-8217 |
| 31516983 | + | Email/Text: PDELINQ@sba.gov | May 23 2025 21:57:00 | Small Business Administ., Disaster Loan Service Center, 14925 Kingsport Rd., Fort Worth, TX 76155-2243 |
| 31516984 | + | EDI: SYNC | May 24 2025 01:47:00 | Syncb/cheapoair Dc, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 31516986 | ^ | MEBN | May 23 2025 21:51:43 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Beach Club Villas Condominium, Inc. |
| 31516965 | | Absolute Building Solutions |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 25, 2025  Signature: /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Heather L Ries | on behalf of Creditor Beach Club Villas Condominium Inc. hries@foxrothschild.com, ralbert@foxrothschild.com |
| Marshall G Reissman | on behalf of Debtor Robert Hall mgreissman@gmail.com legal.assistant.rlgpa@gmail.com;BK_sheppard@yahoo.com |
| Perry D Monioudis | on behalf of Creditor Decks and Docks Lumber Company LLC perry@monioudislaw.com |
| Stephen L Meininger | SLMeininger@earthlink.net smeininger@ecf.epiqsystems.com;FL38@ecfcbis.com |
| United States Trustee - TPA7/13 | USTPRegion21.TP.ECF@USDOJ.GOV |

TOTAL: 5

[Dnftpoc] [Asset Notice]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:25−bk−02102−RCT
Chapter 7

Robert Hall
aka Robert Glenn Hall
aka Robert G Hall

_____Debtor*_____/

NOTICE OF DEADLINE TO FILE PROOF OF CLAIM

NOTICE IS HEREBY GIVEN TO CREDITORS, AND OTHER PARTIES IN INTEREST:

   Pursuant to Fed. R. Bankr. P. 3002(c)(5), creditors are hereby notified that a dividend now appears possible in this case. Therefore, the "Deadline to File a Proof of Claim" in this case is August 25, 2025 .

   A proof of claim is a signed statement describing a creditor's claim. If you do not file a proof of claim by the "Deadline to File a Proof of Claim" provided herein, you might not be paid any money on your claim against the Debtor in the bankruptcy case. To be paid, you must file a proof of claim, even if your claim is listed in the schedules filed by the Debtor. Any creditor who has filed a proof of claim in this case previously need not file another proof of claim.

   A Proof of Claim form ("Official Form B 410") may be filed on−line at the Court's website − *www.flmb.uscourts.gov,* or obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A claim may be filed with, or mailed to, the Clerk of the Bankruptcy Court.

   Copies of supporting documents, such as statements of account, invoices, ledger cards, etc. should be attached to the proof of claim whether filing via the internet, in person or by mail.

   Dated May 22, 2025 .

                    Jose A Rodriguez , Clerk of Court
                    Sam M. Gibbons United States Courthouse
                    801 North Florida Avenue
                    Suite 555
                    Tampa, FL 33602

   *All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.

   Copies furnished to:
   All Interested Parties